IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRANT MARSHALL KOPP,<br><br>Defendant. | CR 25–10–BU–DLC–8<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Dismiss Superseding Indictment with Prejudice against the above-named Defendant. (Doc. 173.) The reason for this Motion is that Defendant Grant Marshall Kopp is deceased. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the Motion (Doc. 173) is GRANTED. Count 1 of the Superseding Indictment (Doc. 21) charging Defendant Kopp with Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, Count II charging Defendant Kopp with Possession with Intent to Distribute Fentanyl, and the forfeiture allegation against Defendant Kopp are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all outstanding motions with respect to Defendant Kopp are denied as moot. All deadlines related to Defendant Kopp are

vacated.

DATED this 5th day of June, 2025.

*[Signature: Dana L. Christensen]*

Dana L. Christensen, District Judge
United States District Court